

FILED
JUN 0 9 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

17MJ1837

| UNITED STATES OF AMERICA, | Magistrate Case No. |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| COLIN KENNETH JONES, | Title 18, U.S.C., Section 922(g)(1) -- Felon in Possession of Ammunition |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about June 8, 2017, within the Southern District of California, defendant COLIN KENNETH JONES having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: nineteen (19) Remington .223 caliber rounds and twenty (20) Winchester 16 .223 Remington rounds.

This complaint is based on the facts in the attached probable cause statement, which is incorporated herein by reference.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

James R. Bowman
Special Agent
Federal Bureau of Investigations

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 9th DAY OF MAY 2017

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
United States v. COLIN KENNETH JONES

## PROBABLE CAUSE STATEMENT

I, Special Agent James R. Bowman, declare under penalty of perjury the following to be true and correct:

On June 8, 2017, defendant was encountered at the Pala Casino parking garage. JONES was standing outside of a parked white Mitsubishi Galant with its trunk open. Officers from the Oceanside and Carlsbad Police Departments recognized JONES. Officers ran an inquiry through a San Diego Sherriff's database and confirmed that JONES had an active Fourth Amendment waiver stemming from a prior conviction. Officers approached JONES and made contact with him.

During the encounter with JONES, he was asked if he had anything inside his vehicle. JONES indicated he had a gun on the driver-side front seat of the vehicle. Officers thereafter located an AR-style assault rifle built from a metal unfinished lower receiver bearing no make, model or serial number. A magazine was loaded into the lower receiver containing 24 rounds, 19 of which were Remington .223 caliber rounds and five (5) of which were Winchester 16 .223 Remington rounds. In addition, there was a box containing 15 additional rounds of Winchester 16 .223 Remington rounds. A total of 39 rounds were recovered.

Records checks on COLIN KENNETH JONES revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | SENTENCE |
| --- | --- | --- | --- |
| 2008-02-07 | CASC San Diego (Vista) | 11350(A) HS – Possess Narc Control Substance (Felony) | IMP SEN SS, 342 Days' Jail, 3 yrs' probation, 365 days' jail, fine |

| | | | |
|---|---|---|---|
| 2010-07-15 | CASC San Diego | 11350(A) HS – Possess Narc Control Substance (Felony); 487(c) PC – Grand Theft from Person (Felony) | 16 months' prison |
| 2011-12-09 | CASC San Diego | 459 PC – Burglary Second Degree (Felony) | 270 days' jail |

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

Defendant was arrested and booked into the Vista Detention Facility.